# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>           Plaintiff,<br>  v.<br><br>SINGLE, LLC, et al.,<br><br>           Defendants. | CASE NO. C18-1295JLR<br><br>SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by February 1, 2019, why this action should not be dismissed for failing to comply with Order requiring Status Report signed December 13, 2018, and due January 17, 2019. Absent a timely response to this Order,

//

//

MINUTE ORDER - 1

the action SHALL BE DISMISSED without prejudice.

    Filed and entered this 22nd day of January, 2019.

                            WILLIAM M. MCCOOL
                            Clerk of Court

                            s/ Ashleigh Drecktrah
                            Deputy Clerk